EXHIBIT C

# U.S. Patent No. 9,185,373 B2

Infringement of U.S. Patent 9,185,373 B2 by Optima

Optoma ZW300UST Laser Projector




US009185373B2

(12) **United States Patent**
**Baker et al.**

(10) **Patent No.: US 9,185,373 B2**
(45) **Date of Patent: Nov. 10, 2015**

(54) **LASER PROJECTION SYSTEM**

(71) Applicants: **David James Baker**, West Newbury, MA (US); **Richard A Baker, Jr.**, West Newbury, MA (US)

(72) Inventors: **David James Baker**, West Newbury, MA (US); **Richard A Baker, Jr.**, West Newbury, MA (US)

(73) Assignee: **David J. Baker**, West Newbury, MA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/562,172**

(22) Filed: **Dec. 5, 2014**

(65) **Prior Publication Data**

US 2015/0085198 A1 Mar. 26, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 11/625,351, filed on Jan. 22, 2007, now Pat. No. 7,535,436, which is a continuation-in-part of application No. 11/465,806, filed on Aug. 19, 2006, now Pat. No. 9,001,028.

(51) **Int. Cl.**
***G09G 3/00*** (2006.01)
***H04N 9/31*** (2006.01)
***H04N 5/74*** (2006.01)

(52) **U.S. Cl.**
CPC ........... ***H04N 9/3173*** (2013.01); ***H04N 5/7416*** (2013.01); ***H04N 9/3129*** (2013.01); ***H04N 9/3179*** (2013.01)

(58) **Field of Classification Search**
CPC .... G03B 21/2033; G03B 21/00; B41B 21/16; G02B 26/10; G02B 27/106; H04N 9/3129; H04N 9/3197; H04N 9/3114; H04N 9/3138; H04N 9/3173; H04N 9/3179; H04N 5/7416
USPC ........... 345/32, 204, 156, 157; 359/384, 448, 359/443; 353/100, 101; 348/744
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,668,984 | A | 6/1972 | Rosin | |
| 4,621,892 | A | 11/1986 | Kataoka | |
| 4,747,646 | A | 5/1988 | Andrews | |
| 5,398,082 | A | 3/1995 | Henderson | |
| 6,356,700 | B1 * | 3/2002 | Strobl | 385/147 |
| 6,729,734 | B2 | 5/2004 | Childers | |
| 6,945,652 | B2 | 9/2005 | Sakata | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2004-334083 | 11/2004 |
| JP | 2006-189573 | 7/2006 |

OTHER PUBLICATIONS

Mitsubishi Pocket Projector, Information Sheet.

(Continued)

*Primary Examiner* — Stephen Sherman
(74) *Attorney, Agent, or Firm* — Richard A. Baker, Jr.

(57) **ABSTRACT**

A device for projecting images from a video generating device such as a computer, television receiver, or similar device onto a screen or other surface is described in this invention. The device uses a rotating disk containing numerous lenses to direct a light beam from a laser or other light source towards the screen. In one embodiment, a pulsed laser light from red, green, and blue lasers are combined into a single light pulse that is transmitted through the rotating disk that transmit each light pulse to a specific location on the screen.

**19 Claims, 7 Drawing Sheets**



# U.S. Patent No. 9,185,373 B2 – Claim 8

8. A method of delivering a beam of light across a surface comprising

generating a beam of light using two or more semiconductor lasers,

said beam of light consisting of a stream of pulses of light to display on the surface,

transmitting said pulses of light through a rotating disk; and

synchronizing said rotating disk with the lasers such that the pulses of light are modified such that an image is formed on the surface.

**Source:** Optoma, Ultra Short ThrowMultimedia Laser Phospher Projector ZW300UST Data Sheet downloaded from https://www.projectorscreen.com/optoma-uhz68lv-4k-uhd-5000-lumen-home-cinema-dual-laser-projector.html, on August 26, 2025.



# U.S. Patent No. 9,185,373 B2 – Claim 8

8. A method of delivering a beam of light across a surface comprising

generating a beam of light using two or more semiconductor lasers,

said beam of light consisting of a stream of pulses of light to display on the surface,

transmitting said pulses of light through a rotating disk; and

synchronizing said rotating disk with the lasers such that the pulses of light are modified such that an image is formed on the surface.




**Source:** Nikki Zelinger, Optoma ZW300UST Projector Review - Special Features, Projector Reviews, June 20, 2017, webpage downloaded from https://www.projectorreviews.com/optoma/optoma-zw300ust-projector-review-special-features/, on August 26, 2025.

# U.S. Patent No. 9,185,373 B2 – Claim 8

8. A method of delivering a beam of light across a surface comprising

generating a beam of light using two or more semiconductor lasers,

said beam of light consisting of a stream of pulses of light to display on the surface,

transmitting said pulses of light through a rotating disk; and

synchronizing said rotating disk with the lasers such that the pulses of light are modified such that an image is formed on the surface.




**Source:** Nikki Zelinger, Optoma ZW300UST Projector Review - Special Features, Projector Reviews, June 20, 2017, webpage downloaded from https://www.projectorreviews.com/optoma/optoma-zw300ust-projector-review-special-features/, on August 26, 2025.

# U.S. Patent No. 9,185,373 B2 – Claim 8

8. A method of delivering a beam of light across a surface comprising

generating a beam of light using two or more semiconductor lasers,

said beam of light consisting of a stream of pulses of light to display on the surface,

transmitting said pulses of light through a rotating disk; and

synchronizing said rotating disk with the lasers such that the pulses of light are modified such that an image is formed on the surface.




**Source:** Nikki Zelinger, Optoma ZW300UST Projector Review - Special Features, Projector Reviews, June 20, 2017, webpage downloaded from https://www.projectorreviews.com/optoma/optoma-zw300ust-projector-review-special-features/, on August 26, 2025.

# U.S. Patent No. 9,185,373 B2 – Claim 8

8. A method of delivering a beam of light across a surface comprising

generating a beam of light using two or more semiconductor lasers,

said beam of light consisting of a stream of pulses of light to display on the surface,

transmitting said pulses of light through a rotating disk; and

synchronizing said rotating disk with the lasers such that the pulses of light are modified such that an image is formed on the surface.




**Source:** Nikki Zelinger, Optoma ZW300UST Projector Review - Special Features, Projector Reviews, June 20, 2017, webpage downloaded from https://www.projectorreviews.com/optoma/optoma-zw300ust-projector-review-special-features/, on August 26, 2025.

# U.S. Patent No. 9,185,373 B2 – Claim 9

9. The method of claim 8 wherein the beam of light directed across the surface forms a visible image on the surface.

**Source:** Optoma, Ultra Short ThrowMultimedia Laser Phospher Projector ZW300UST Data Sheet downloaded from https://www.projectorscreen.com/optoma-uhz68lv-4k-uhd-5000-lumen-home-cinema-dual-laser-projector.html, on August 26, 2025.



Case 2:25-cv-00892-JRG-RSP Document 1-3 Filed 08/27/25 Page 9 of 11 PageID #: 52

# U.S. Patent No. 9,185,373 B2 – Claim 10

10. The method of claim 9 wherein the visible image is generated by a computing device.




**Source:** Optoma, Ultra Short ThrowMultimedia Laser Phospher Projector ZW300UST Data Sheet downloaded from https://www.projectorscreen.com/optoma-uhz68lv-4k-uhd-5000-lumen-home-cinema-dual-laser-projector.html, on August 26, 2025.

# U.S. Patent No. 9,185,373 B2 – Claim 11

11. The method of claim 9 wherein the visible image is generated by a television receiver.



1. VGA 1
2. HDMI-2/MHL
3. HDMI-1
4. USB
5. RJ-45
6. USB Disk
7. VGA2 in/out
8. Video
9. RCA in L/R
10. Audio Out
11. Audio In
12. Mic
13. K-slot
14. RS-232
15. AC Power

**Source:** Optoma, Ultra Short ThrowMultimedia Laser Phospher Projector ZW300UST Data Sheet downloaded from https://www.projectorscreen.com/optoma-uhz68lv-4k-uhd-5000-lumen-home-cinema-dual-laser-projector.html, on August 26, 2025.

# U.S. Patent No. 9,185,373 B2 – Claim 13

13. The method of claim 8 wherein the one or more semiconductor lasers produces blue light.




**Source:** Nikki Zelinger, Optoma ZW300UST Projector Review - Special Features, Projector Reviews, June 20, 2017, webpage downloaded from https://www.projectorreviews.com/optoma/optoma-zw300ust-projector-review-special-features/, on August 26, 2025.